**No. 09A1088. Michael Francis Beuke, Applicant v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 1118, 130 S. Ct. 3272, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3876.

559 U.S. 1118, 130 S. Ct. 3272, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3875.

May 12, 2010. Application for stay of execution of sentence of death, presented

to Justice Stevens, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 604 F.3d 939.